IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 11-03092-01-CR-S-DGK |
| | ) | |
| JACK B. VAN MATRE | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR DOWNWARD DEPARTURE/DEVIATION/VARIANCE
## FROM THE FEDERAL SENTENCING GUIDELINES

COMES NOW defendant by and through counsel of record and moves this Court for a downward departure and deviation due to defendant's extreme remorse in accordance with the Legal Suggestions attached hereto.

## LEGAL SUGGESTIONS

The guidelines do not expressly forbid this departure under the rationale of *Koon v. U.S.*, 518 U.S. 81 (1996) and the court may depart downward where defendant shows great remorse to an exceptional degree, *U.S. v. Fagan*, 1652 F3d 1280 (10th Cir. 1998); *U.S. v. Jaroszenko*, 92 F3d 486 (7th Cir. 1996).

The defendant cooperated immediately, confessed immediately, waived his constitutional rights immediately and for the few days when he was out on bond on the State Court D Felony charge, defendant made an immediate appointment with Hal Davidson, a sex counselor and had at least one (1) session where he admitted his wrongdoing.

The defendant quickly attempted post-offense rehabilitation by having an immediately scheduling session with Hal Davidson, a formerly qualified MOSOP examiner and long time psychotherapist and counselor in southwest Missouri.

The defendant totally cooperated, waived his Miranda Warning rights, consented to a search of his property and assisted law enforcement officers and made a complete and full statement.

Defendant demonstrated extreme remorse. His conduct was spontaneous and was a singular nature, "occurring within his own residence" and defendant requests the Court to consider his extreme remorse and attempts at quick and sudden post offense rehabilitation and to depart downward and grant defendant a deviation/variance from the sentencing guidelines herein, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

__/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
ADAM D. WOODY, MO Bar #58999
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
PH: (417)882-9300
FAX: (417)882-9310

**Certificate of Service**

I hereby certify that on October 25th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

____/s/Dee Wampler_____
Dee Wampler
Joseph S. Passanise
Adam Woody
Attorneys at Law