IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 11-03092-01-CR-S-DGK |
| JACK B. VAN MATRE | ) | |
| Defendant. | ) | |

## MOTION FOR DOWNWARD DEPARTURE/DEVIATION/VARIANCE FROM THE FEDERAL SENTENCING GUIDELINES

COMES NOW Defendant by and through counsel of record and moves this court for a downward departure and deviation due to a variety and number of factors that combined to create a situation that differs from the "heartland" cases covered by the guidelines, *U.S.S.G. 5K2.0*, in accordance with the Legal Suggestions attached hereto.

## LEGAL SUGGESTIONS

A Court may depart downward when there are a number of factors, considered individually, which might not otherwise permit a downward departure, but might combine to create a situation that differs significantly from the "heartland" cases covered by the guidelines, U.S.S.G. 5K2.0; U.S. v. Broderson, 67 F3rd 452 (2nd Cir. 1995); U.S. v. Rioux, 97 F3rd 648 (2nd Cir. 1996).

The acts herein are spontaneous and without precedent in defendant's life. The defendant waived his constitutional rights, totally cooperated with law enforcement officers, consented to be questioned, waived his rights to a search warrant and subsequently took steps to mitigate the effects of his crime by seeking immediate medical and psychiatric counseling.

These factors together with his outstanding meritorious service as a law enforcement officer and the extremely poor, abusive and difficult circumstances of his childhood should be considered by the Court herein.

WHEREFORE, defendant moves for downward departure/deviation/variance from the Federal Sentencing Guidelines on the grounds of a combination of circumstances regarding defendant's situation differs significantly from the "heartland" cases covered by the guidelines, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

\_\_/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
ADAM D. WOODY, MO Bar #58999
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield
Springfield, MO 65804
PH: (417)882-9300
FAX: (417)882-9310

### Certificate of Service

I hereby certify that on October 25th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to U.S. Attorney, Springfield, Missouri.

\_\_\_/s/Dee Wampler_____
Dee Wampler
Joseph S. Passanise
Adam Woody
Attorneys at Law