IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 11-03092-01-CR-S-DGK |
| ) | |
| JACK B. VAN MATRE ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR DOWNWARD DEPARTURE/DEVIATION/VARIANCE
FROM THE FEDERAL SENTENCING GUIDELINES**

COMES NOW Defendant by and through counsel of record and moves this court for a downward departure and deviation on the grounds of excellent employment history in accordance with the Legal Suggestions attached hereto.

**LEGAL SUGGESTIONS**

That defendant had a totally outstanding record as an officer with the Springfield, Missouri Police Department. He served the City of Springfield and the citizens of Springfield in an exceptional manner, often risking his own life.

He was acquainted with the criminal law and his spotless employment record but his actions herein indicate a naïveté displayed in committing the offense herein, U.S. vs. Jagmohan, 909 F2d 61 (2nd Cir. 1990).

The defendant has always been steadily employed and supported family members.

His conduct was totally aberrational which warrants the court to consider a departure, U.S. vs. Tsosic, 14 F3d 143 (10th Cir. 1994).

In *U.S. v. Bruder*, 103 F. Sup. 2nd 155 (EDNY) (rev in part, vacated in part by *U.S. v. Schwarz*, 283 F3d 76 (2nd Cir. 2002), the defendant had a "notable record as a police officer" which warranted a four point reduction in defendant's offense level.

The Court further indicated that it may downwardly depart when there are a number of factors that, when considered individually, would not permit a downward, but combined to create a situation that differs significantly from the "heartland" cases covered by the guidelines. *U.S.S.G. Sec. 5K2.0*; *U.S. v. Rioux*, 97 F3d 646, 663 (2nd Cir. 1996); *U.S. v. Droderson*, 67 F3rd 452 (2nd Cir. 1995).

In *Bruder*, the officer had a ten year exceptional service plus a modest record of charitable works which justified a two (2) point departure for conspiracy to obstruct justice.

The Court is respectfully referred to the sentencing packet provided to the Court which explains and substantiates (in great detail) defendant's outstanding record of tremendous service to the citizens of Springfield and extreme heroism, bravery and exceptionalism in his work as a decorated and meritorious law enforcement officer.

WHEREFORE, defendant moves for downward departure/deviation/variance on the grounds of defendant's notable record to the citizens of Springfield, Missouri, as a law enforcement officer, and for such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED,

_/s/Dee Wampler_____
DEE WAMPLER, MO Bar #19046
JOSEPH S. PASSANISE, MO Bar #46119
ADAM D. WOODY, MO Bar #58999
Attorneys for Defendant

LAW OFFICES OF DEE WAMPLER &
JOSEPH PASSANISE
Attorneys at Law
2974 E. Battlefield

Springfield, MO  65804
PH: (417)882-9300
FAX: (417)882-9310

## Certificate of Service

I hereby certify that on October 25th, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which  sent notification of such filing to U.S. Attorney, Springfield, Missouri.

                                        ____/s/Dee Wampler_____
                                        Dee Wampler
                                        Joseph S. Passanise
                                        Adam Woody
                                        Attorneys at Law